IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00538-REB-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

UMB BANK ACCOUNT # 1290923,

JANUS ACCOUNT # 201875588,

JANUS ACCOUNT # 463611834,

SHAREBUILDER SECURITIES CORPORATION ACCOUNT # 1000-0000892594-01,

2006 JAGUAR X-TYPE; VIN SAJWA51A46WE88648,

PARK TOWERS CONDOMINIUM, 1299 GILPIN STREET, UNIT 2W, DENVER, CO,

    Defendants.

---

## ORDER STAYING DISCOVERY DEADLINES (Docket No 39)

The United States, pursuant to 18 U.S.C. §981(g)(1), has shown the Court that good cause exists to stay this civil forfeiture matter. The motion to Stay (Docket No. 39) is Granted.

THEREFORE, IT IS ORDERED, under 18 U.S.C. §981(g)(1), that the instant civil forfeiture matter is STAYED pending the outcome of the related criminal investigation. (*)

Dated this 9th day of July, 2010.

(*) The parties shall notify This Court within five Days of completion of The underlying criminal case.

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO