IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00538-REB-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

UMB BANK ACCOUNT # 1290923,
JANUS ACCOUNT # 201875588,
JANUS ACCOUNT # 463611834,
SHAREBUILDER SECURITIES CORPORATION ACCOUNT # 1000-0000892594-01,
2006 JAGUAR X-TYPE; VIN SAJWA51A46WE88648,
PARK TOWERS CONDOMINIUM, 1299 GILPIN STREET, UNIT 2W, DENVER, CO,

    Defendants.

---

## ORDER LIFTING STAY OF THE PROCEEDINGS
( Docket No. 47 )

This matter having come before the Court by the United States' Motion to Lift the Stay of Proceedings, and the Court being fully apprised, hereby finds:

THAT a stay of the proceedings is no longer warranted under 18 U.S.C. § 981(g)(2), as the criminal case against potential claimant David J. Ferree has been dismissed due to the death of defendant Ferree.

THEREFORE, it is hereby ORDERED:

THAT the Stay of the Proceedings as entered by the Court on July 12, 2010 is lifted, and the Court's Order (Doc. 41) is Vacated.

Dated this 14Th day of July, 2011.

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO