IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00538-REB-MJW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

UMB BANK ACCOUNT # 1290923,
JANUS ACCOUNT # 201875588,
JANUS ACCOUNT # 463611834,
SHAREBUILDER SECURITIES CORPORATION ACCOUNT # 1000-0000892594-01,
2006 JAGUAR X-TYPE; VIN SAJWA51A46WE88648, and
PARK TOWERS CONDOMINIUM, 1299 GILPIN STREET, UNIT 2W, DENVER, CO,

        Defendants.

---

**ORDER TO VACATE SCHEDULING CONFERENCE**
( Docket no. 54 )

---

This matter having come before the Court on the Motion to Vacate Scheduling Conference, and the Court being fully apprised, it is hereby ORDERED that:

1.     The deadline of December 14, 2011 for filing a proposed Scheduling Order and Confidential Settlement Statement is VACATED;

2.     The Scheduling/Planning Conference currently set for December 19, 2011 at 9:30 a.m. is VACATED; and

3.     A Status Report shall be filed on or before February 29, 2012.

SO ORDERED this 9th day of December, 2011.

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO