IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00538-REB-MJW

UNITED STATES OF AMERICA

Plaintiff

UMB BANK ACCOUNT #1290923
JANUS ACCOUNT #201875588
JANUS ACCOUNT #46311834
SHAREBUILDER SECURITIES CORPORATION ACCOUNT # 1000-0000892594-01
2006 JAGUAR X-TYPE: VIN SAJWA51A46WE88648, and
PARK TOWERS CONDOMINIUM, 1299 GILPIN STREET, UNIT 2W, DENVER, CO

Defendants

ORDER (Docket No. 67)

It is hereby ORDERED that Thomas A. Ferree's Motion for Substitution (docket no. 61) is GRANTED. I find that no interested party has filed any response to the subject motion (docket no. 61) and therefore this court deems the subject motion (docket no. 61) confessed. Accordingly, Thomas A. Ferree shall be substituted as claimant in place of David J. Ferree, the Estate of David J. Ferree, and the Bronco Household Trust.

Dated: This 7TH day of the May month, 2012.

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

Seal

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 03 2012

GREGORY C. LANGHAM
CLERK