IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-00538-REB-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

UMB BANK ACCOUNT #1290923,
JANUS ACCOUNT #201875588,
JANUS ACCOUNT #463611834,
SHAREBUILDER SECURITIES CORPORATION ACCOUNT #1000-0000892594-01,
2006 JAGUAR X-TYPE, VIN SAJWA51A46WE88648,
PARK TOWERS CONDOMINIUM, 1299 Gilpin Street, Unit 2W, Denver, CO

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the United States' Motion to Withdraw the United States' Motion to Compel (Doc. 79) (Docket No. 81) is granted.  Therefore, it is further

ORDERED that the United States' Opposed Motion to Compel Answers to Plaintiff's First Set of Interrogatories, Requests for Admissions, and Requests for Production of Documents (Docket No. 79) is deemed withdrawn.

Date: August 21, 2012