IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-00538-REB-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

UMB BANK ACCOUNT #1290923,
JANUS ACCOUNT #201875588,
JANUS ACCOUNT #463611834,
SHAREBUILDER SECURITIES CORPORATION ACCOUNT #1000-0000892594-01,
2006 JAGUAR X-TYPE, VIN SAJWA51A46WE88648,
PARK TOWERS CONDOMINIUM, 1299 Gilpin Street, Unit 2W, Denver, CO

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff United States' Motion to Vacate Private ADR (docket no. 84) is GRANTED for those reasons as outlined in the subject motion. The Private ADR Order is VACATED

Date: October 30, 2012