IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-00538-REB-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

UMB BANK ACCOUNT #1290923,
JANUS ACCOUNT #201875588,
JANUS ACCOUNT #463611834,
SHAREBUILDER SECURITIES CORPORATION ACCOUNT #1000-0000892594-01,
2006 JAGUAR X-TYPE, VIN SAJWA51A46WE88648,
PARK TOWERS CONDOMINIUM, 1299 Gilpin Street, Unit 2W, Denver, CO

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the United States' Unopposed Motion to Vacate Proposed Order Due Date and Final Pretrial Conference (Docket No. 96) is denied without prejudice.

      The United States seeks to continue the Final Pretrial Conference for at least ninety days, but doing so would cause the Final Pretrial Conference date to be set a month or more after the trial date.  As the parties were advised in this court's Minute Order of December 18, 2012 (Docket No. 93), if they are seeking a continuance of the bench trial, which is currently set on April 29, 2013, at 9:00 a.m., then they must file a separate motion seeking such relief before Judge Blackburn since he will be presiding over the trial on the merits.  If the trial date is reset, then the parties may renew their motion concerning the Final Pretrial Conference.

Date: February 14, 2013