**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00538-REB–MJW

UNITED STATES OF AMERICA ,

    Plaintiff,

v.

UMB BANK ACCOUNT # 1290923,
JANUS ACCOUNT # 201875588,
JANUS ACCOUNT # 463611834,
SHAREBUILDER SECURITIES CORPORATION ACCOUNT # 1000-0000892594-01,
2006 JAGUAR X-TYPE; VIN SAJWA51A46WE88648, and
PARK TOWERS CONDOMINIUM, 1299 GILPIN STREET, UNIT 2W, DENVER, CO,

    Defendants.

**MINUTE ORDER**[1]

    The **Motion To Withdraw All Claims For The Property and Assets Now Held By the DOJ** [#102] filed February 22, 2013, is **GRANTED**. All claims of claimant Thomas A. Ferree shall be deemed to be withdrawn voluntarily.

    Dated: February 26, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.