**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  10-cv-00538-REB-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

UMB BANK ACCOUNT # 1290923,
JANUS ACCOUNT # 201875588,
JANUS ACCOUNT # 463611834,
SHAREBUILDER SECURITIES CORPORATION ACCOUNT # 1000-0000892594-01,
2006 JAGUAR X-TYPE; VIN SAJWA51A46WE88648, and
PARK TOWERS CONDOMINIUM, 1299 GILPIN STREET, UNIT 2W, DENVER, CO,

    Defendants.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Denying Motion To Dismiss & Granting Motion for Summary Judgment** [#101] entered by Judge Robert E. Blackburn on February 22, 2013, which order is incorporated herein by this reference.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **United States' Motion for Summary Judgment** [#94] filed January 25, 2013, is **GRANTED**;

    2. That **JUDGMENT IS ENTERED** in favor of the plaintiff, the United States of America, and against the defendant property;

    3. That under 18 U.S.C. § 981(a)(1)(D)(v) & (vi), the defendant property listed below **SHALL BE FORFEITED** to the United States of America, and all right, title, and

interest in the defendant property **IS VESTED** in the United States of America:

    (A) UMB Bank Account # 1290923;

    (B) Janus Account # 201875588;

    (C) Janus Account # 463611834;

    (D) Sharebuilder Securities Corporation Account # 1000-0000892594-01;

    (E) 2006 Jaguar X-Type, VIN SAJWA51A46WE88648; and

    (F) Park Towers Condominium, 1299 Gilpin Street, Unit 2W, Denver, Co., which is more fully described as

Condominium Unit 2W, THE PARK TOWERS CONDOMINIUMS, in accordance with and subject to the Declaration of Covenants, Conditions and Restrictions of the Park Tower Condominiums recorded on March 3, 1983 in Book 23 at Pages 37-41, City and County of Denver, State of Colorado records, together with the right to use the exclusive use of Parking Space(s) 30 and 19, City and County of Denver, State of Colorado;

    4.  That the United States is **AWARDED** its costs to be taxed by the clerk of the court under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado, this    27th    day of February 2013.

    BY THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/ Edward P. Butler
    Edward P. Butler, Deputy Clerk

APPROVED BY THE COURT:

_Bob Blackburn_
Robert E. Blackburn
United States District Judge